FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

1 | Lincoln D. Bandlow (SBN 170449)
2 | LATHROP & GAGE LLP
  | 1888 Century Park East, Suite 1000
  | Los Angeles, California 90067
3 | Telephone: (310) 789-4600
  | Fax: (310) 789-4601
4 | Email: lbandlow@lathropgage.com

5 | Attorneys for Plaintiff
  | DAVID DI SABATINO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DAVID DI SABATINO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOLID ROCK PRODUCTIONS, INC., a California corporation,<br><br>Defendants. | CASE # SACV09-0357 CJC (MLGx)<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SOLID ROCK PRODUCTIONS, INC.**; ORDER THEREON. |

1

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT SOLID ROCK PRODUCTIONS, INC.

Plaintiff David Di Sabatino ("Di Sabatino") and defendant Solid Rock Productions, Inc. ("Solid Rock"), consenting to personal jurisdiction, subject matter jurisdiction, and venue in this District Court, and pursuant to the Stipulation for Entry of Consent Judgment and Permanent Injunction filed in this action, hereby stipulate and consent to the entry of the following Consent Judgment and Permanent Injunction ("Consent Judgment") against Solid Rock.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. This Court has jurisdiction over the subject matter of this action and the parties thereto.

2. The subject of this action and this Judgment is a documentary film produced by Di Sabatino entitled *Fallen Angel: The Outlaw Larry Norman* as exhibited at the Cinequest film festival on March 1-4 and 6, 2009, a dvd copy of which is attached to this Judgment and incorporated herein by reference (hereinafter the "Documentary").

3. The Documentary does not infringe any copyrights Solid Rock may own in works that are contained in the Documentary.

4. Solid Rock has no and may assert no privacy claim regarding the Documentary.

5. Solid Rock and its officers, directors, agents, servants, employees, shareholders, successors and attorneys, and all those persons in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise, are hereby enjoined and restrained from:

    a. asserting copyright claims in connection with the Documentary against Di Sabatino and/or any third party acting in concert with Di Sabatino to reproduce, sell, distribute, exhibit, promote or otherwise exploit the Documentary; and/or;

2

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT SOLID ROCK PRODUCTIONS, INC.

   b. asserting any privacy claim in connection with the Documentary against Di Sabatino and/or any third party acting in concert with Di Sabatino to reproduce, sell, distribute, exhibit, promote or otherwise exploit the Documentary.

  6. In the event Solid Rock, or any of its officers, directors, agents, servants, employees, shareholders, successors and attorneys, and all those persons in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise violate any of the terms of this Consent Judgment, Di Sabatino shall be entitled to immediately seek, with or without notice to Solid Rock, an order to show cause as to why an injunction should not issue to prohibit such violation..

  7. Notwithstanding any contrary provisions of the Federal Rules of Civil Procedure, and notwithstanding the absence of any findings of fact and/or conclusions of law by this Court, any requirements for which have been expressly waived by Di Sabatino and Solid Rock, this Consent Judgment is a final judgment in this action and suitable for entry by the Clerk pursuant to Fed. R. Civ. Proc. 58 and 79(a). All rights to appeal this final judgment, on any basis, have been expressly waived by Solid Rock.

  8. Each side is to bear its own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: July 2, 2009

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT

3

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT SOLID ROCK PRODUCTIONS, INC.